UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL SHANE FRAZIER,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 2:14-cv-1062
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

On July 10, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's statement of errors be overruled and that judgment be entered in favor of the Defendant Commissioner of Social Security. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and the Court hereby directs the Clerk to enter judgment in favor of the Defendant.

    **IT IS SO ORDERED.**

\_\_9-1-2015_____        _____
DATE                                  EDMUND A. SARGUS, JR.
                                        UNITED STATES DISTRICT CHIEF JUDGE